# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| UNITED STATES | ) | ACM 39971 |
| *Appellee* | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Erik J. DUESLER | ) | |
| Airman Basic (E-1) | ) | |
| U.S. Air Force | ) | |
| *Appellant* | ) | Panel 1 |

On 9 August 2021, Appellant submitted a Motion to Withdraw from Appellate Review and a request to attach document. Specifically, Appellant moved to attach DD Form 2330, *Waiver/Withdrawal of Appellate Rights in General and Special Courts-Martial Subject to Review by a Court of Criminal Appeals*, signed by Appellant and Appellant's counsel on 19 July 2021 and 20 July 2021, respectfully. The Government did not submit any opposition.

Accordingly, it is by the court on this 12th day of August, 2021,

**ORDERED:**

Appellant's Motion to Withdraw from Appellate Review and attach document is **GRANTED**. Appellant's case is forwarded to the Appellate Records Branch, AFLOA/JAJM, for further processing in accordance with Rules for Courts-Martial 1115(f)(3) and 1201, *Manual for Courts-Martial, United States* (2019 ed.).

FOR THE COURT

TANICA S. BAGMON
Appellate Court Paralegal